IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CORNER MANAGEMENT, LLC.<br><br>    Plaintiff<br><br>vs.<br><br>JULIO CESAR DE LA CRUZ ET AL.<br><br>    Defendants | CIVIL NO. 05-1445 (JAF)<br><br>Jury Demand |

## DEFAULT JUDGMENT

This cause came on for pretrial hearing, at which defendant Julio César de la Cruz did not appear. Aside from the filing of an answer to the complaint, the defendant failed to cooperate with counsel for plaintiff in the preparation of the necessary documentation to he ready for the pre-trial conference. Plaintiff has since filed a motion for a default judgement pursuant to Rule 55(b)(2), Fed.R.Civ.P. and thereby also requested voluntary dismissal of the monetary damages cause included in the complaint, leaving only for adjudication the injunctive relief sought.

Default was entered on 2/15/06 In the office of the clerk of this court and no proceedings have been taken by defendant since default was entered.

It is hereby ordered, adjudged and decreed that defendant Julio César de la Cruz is permanently enjoined from entering into or pursuing any further type of negotiation or agreement in violation of Corner's rights as

Cruz's exclusive representative as provided for in the Management Agreement dated September 1, 2003 and executed on August 27, 2003. Defendant de la Cruz is specifically enjoined from taking part in any boxing contests or other exhibitions or acts, performances or otherwise exercise and display his pugilistic skills and talents in any manner, and shall not permit his name to be used in any commercial enterprise whatsoever related to his status as a professional boxer, except as directed by Corner Management, LLC.

In San Juan, P.R., this 22nd day of February, 2006.

S/JOSÉ A. FUSTÉ
U.S. District Judge